# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT VLCEK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES )<br>,LLC )<br>)<br>Defendant. ) | Case No.: 3:11-cv-00046-TMR |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Robert Vlcek , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                            RESPECTFULLY SUBMITTED,

Dated: April 4, 2011                    By:  /s/ Peter Cozmyk
                                                      Peter Cozmyk,
                                                        Attorney for Plaintiff
                                                        Ohio Registration No. 0078862
                                                        Krohn & Moss, Ltd.
                                                        8043 Corporate Circle, Suite 3
                                                        North Royalton, OH 44133
                                                        Telephone: (323) 988-2400 x 213
                                                        Fax: (866) 799-3206
                                         E-mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 4, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

<pre>                                        /s/ Peter Cozmyk
                                        Peter Cozmyk
                                        Attorney for Plaintiff</pre>