## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT VLCEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No. **3:11-cv-00046-TMR**<br><br>VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

ROBERT VLCEK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant), in this case.

DATED:  May 3, 2011　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　By:___/s/ Peter Cozmyk_____
　　　　　　　　　　　　　　　　　　　　　　Peter Cozmyk,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Ohio Registration No. 0078862
　　　　　　　　　　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　　　　　　　　　　8043 Corporate Circle
　　　　　　　　　　　　　　　　　　　　　　Suite 3
　　　　　　　　　　　　　　　　　　　　　　North Royalton, Ohio 44133
　　　　　　　　　　　　　　　　　　　　　　phone: (323) 988-2400 ext. 213
　　　　　　　　　　　　　　　　　　　　　　fax: (866) 425-3459
　　　　　　　　　　　　　　　　　　e-mail: pcozmyk@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on May 3, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff